444 F.2d 539
 ROLLFORM, INC., Plaintiff-Appellant,
v.
HOME TRANSPORTATION COMPANY, Inc., Defendant-Appellee.
 No. 71-1096 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 July 13, 1971.
 
 Edward L. Hardin, Jr., Hare, Wynn, Newell & Newton, Birmingham, Ala., for plaintiff-appellant.
 Bibb Allen, London, Yancey, Clark & Allen, Birmingham, Ala., for defendant-appellee.
 Appeal from United States District Court, Northern District of Alabama; Frank H. McFadden, District Judge.
 Before COLEMAN, SIMPSON, and MORGAN, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 *
 Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I
 
 
 [1]
 See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966